# **EXHIBIT 1**

US00D926471S

(12) **United States Design Patent**  (10) Patent No.: **US D926,471 S**
Thurswell  (45) Date of Patent: ** **Aug. 3, 2021**

(54) **SOAP BAG**

(71) Applicant: **Wouldn't It Be Nice LLC**, Plymouth, MI (US)

(72) Inventor: **Cassandra Thurswell**, Los Angeles, CA (US)

(73) Assignee: **Wouldn't It Be Nice LLC**, Plymouth, MI (US)

(**) Term: **15 Years**

(21) Appl. No.: **29/745,514**

(22) Filed: **Aug. 6, 2020**

(51) LOC (13) Cl. ............................................. 03-01
(52) U.S. Cl.
    USPC ........................................................... D3/303
(58) Field of Classification Search
    USPC ........ D3/201, 205, 242, 273, 274, 275, 276,
           D3/279, 281, 282, 283, 284, 289, 292,
           D3/294, 295, 296, 297, 299, 301, 302,
           D3/303, 901, 903, 905
    CPC ............ A45C 5/04; A45C 11/00; A45C 11/16
    See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D125,541 S | * | 2/1941 | Friedman | D3/245 |
| D127,933 S | * | 6/1941 | Lewis | D3/245 |
| D127,934 S | * | 6/1941 | Lewis | D3/245 |
| D127,957 S | * | 6/1941 | Lewis | D3/245 |
| D547,944 S | * | 8/2007 | Gonzalez | D3/232 |
| D582,157 S | * | 12/2008 | Gerbi | D3/245 |
| D582,666 S | * | 12/2008 | Javits, Jr. | D3/232 |
| D588,805 S | * | 3/2009 | Gerbi | D3/245 |
| D596,843 S | * | 7/2009 | Zvirblis | D3/232 |
| D607,203 S | * | 1/2010 | Zvirblis | D3/232 |
| D731,175 S | * | 6/2015 | Moreau | D3/232 |
| D751,287 S | * | 3/2016 | Smallwood | D3/232 |
| D767,886 S | * | 10/2016 | Lagerfeld | D3/245 |
| D778,047 S | * | 2/2017 | Koutsolioutsos | D3/245 |
| D789,079 S | * | 6/2017 | Michele | D3/232 |
| D821,745 S | * | 7/2018 | Dumas | D3/232 |
| D845,621 S | * | 4/2019 | Kessler | D3/232 |
| D850,786 S | * | 6/2019 | Maier | D3/232 |
| D851,908 S | * | 6/2019 | Casha | D3/201 |
| D851,909 S | * | 6/2019 | Casha | D3/201 |
| D905,960 S | * | 12/2020 | Borner | D3/245 |

OTHER PUBLICATIONS

https://www.ravelry.com/patterns/library/japanese-knot-bag-2, 2 pages.

(Continued)

*Primary Examiner* — Holly E Thurman
(74) *Attorney, Agent, or Firm* — Brooks Kushman, P.C.

(57) **CLAIM**

The ornamental design for a soap bag, as shown and described.

**DESCRIPTION**

FIG. **1** is a front perspective view of a soap bag according to the present invention;
FIG. **2** is a front elevational view of the soap bag of FIG. **1**;
FIG. **3** is a rear elevational view of the soap bag of FIG. **1**;
FIG. **4** is a top elevational view of the soap bag of FIG. **1**;
FIG. **5** is a bottom elevational view of the soap bag of FIG. **1**;
FIG. **6** is a right side view of the soap bag of FIG. **1**; and,
FIG. **7** is a left side view of the soap bag of FIG. **1**.
Any broken lines are for illustrative purposes only and form no part of the claimed design.

**1 Claim, 4 Drawing Sheets**



(56) **References Cited**

OTHER PUBLICATIONS

https://dukecannon.com/products/tactical-soap-on-a-rope-pouch variant=16450777579635&utm_medium=cpc&utm_source=google&utm_campaign=%E2%80%A6, 9 pages.
https://www.amazon.com/Daylee-Naturals-Exfoliating-Assorted-Colors/dp/B004GXZOEO/ref=sr_1_84?dchild=18<keywords=soap+pouch&qid=159354%E2%80%A6, 8 pages.
https://www.cedarhillyarns.com/products/reversible-japanese-knot-bag-large-coral-black-teal-floral-10-5-by-11-75?pr_prod_strat=collection_fallback&pr_rec_pid=3671693033524&pr_ref_pid=3671695786036&pr_seq=uniform, 4 pages.
https://zerowastestore.com/products/soap-saver-bag?variant=14531652517933&currency=USD&utm_medium=product_sync&utm_source=google&ut%E2%80%A6, 6 pages.
https://www.amazon.com/Body-Image-Benefits-Lathering-Perfect/dp/B00N1CMOB2/ref=sr_1_45?dchild=1&keywords=soap+pouch&qid=1593549220%E2%80%A6, 7 pages.

\* cited by examiner



FIG. 1



FIG. 2

FIG. 3



FIG. 4



FIG. 5



**FIG. 6**



**FIG. 7**